FILED
2019 Sep-10 PM 01:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| STEFFANY POWELL-COKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No.: |
| | ) |
| | )   2:18-CV-01094-AKK |
| NORFOLK SOUTHERN | ) |
| RAILWAY COMPANY, INC., | )   UNOPPOSED |
| *et al.*, | ) |
| | ) |
| Defendants. | ) |

## JOINT STIPULATION FOR DISMISSAL

COMES NOW the Plaintiff, Steffany Powell-Coker and Defendants, Norfolk Southern Railway Company, Inc. and Rodney Moore, by and through their respective undersigned counsel of record, and hereby stipulate to the dismissal of Plaintiff's claims against the Defendants, <u>without prejudice</u>, costs taxed as paid.

Respectfully submitted, this the 10th day of September, 2019.

Kirby D. Farris (ASB-2224-R78K)
Jessica M. Zorn (ASB-7200-Z21G)
Attorneys for Plaintiff, Steffany
Powell-Coker

OF COUNSEL:

**FARRIS, RILEY & PITT**
505 20th Street North
Suite 1700
Birmingham, Alabama 35203
T: 205-324-1212
F: 205-324-1255
kfarris@frplegal.com
jzorn@frplegal.com

_____
Crawford S. McGivaren (ASB-
Sydney F. Frazier, Jr.
Michael E. Turner
Attorneys for Defendants, Norfolk
Southern Railway Company, Inc. and
Rodney Moore

OF COUNSEL:

**CABANISS, JOHNSTON, GARDNER, DUMAS & O'NEAL, LLP**
2001 Park Place North
Suite 700
Birmingham, Alabama 35203
T: 205-716-5200
F: 205-716-5389
csm@cabaniss.com
sff@cabaniss.com
met@cabaniss.com