UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**Steffany Powell-Coker,**

    **Plaintiff,**

v.

**Norfolk Southern Railway Company, Inc., et al**

    **Defendant.**

Case No.: 2:18-cv-1094-CLM

## ORDER OF DISMISSAL

In accordance with the parties' Joint Stipulation of Dismissal (doc. # 45), filed September 10, 2019, the court hereby ORDERS that this action shall be, and is, DISMISSED WITHOUT PREJUDICE. The parties are to bear their own costs, expenses, and attorney's fees.

**DONE** and **ORDERED** this September 11, 2019.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE